**SOUTHWESTERN AMBULATORY SURGERY CENTER, Appellant,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Appellee.**

Supreme Court of Pennsylvania.

Submitted Sept. 11, 2000.

Decided Jan. 16, 2001.

James A. Ashton, Pittsburgh, Joan Cooney Tiberio, Carnegie, for Southwestern Ambulatory Surgery Center.

Donna M. Joyce, pro se.

Clifford Blaze, Harrisburg, Carol J. Mowery, for Unemployment Compensation Bd. of Review.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

**AND NOW,** this 16th day of January, 2001, the appeal is dismissed as having been improvidently granted.

Justice ZAPPALA dissents and would reach the merits of the case.

**SYLVAN INDUSTRIAL PIPING, INC.**

v.

**EICHLEAY CORPORATION, a Delaware Corporation and Wheeling-Nisshin Steel Corp.**

**Appeal of Eichleay Corporation, a Delaware Corporation.**

Supreme Court of Pennsylvania.

Argued March 7, 2000.

Decided Jan. 17, 2001.

David E. White, George P. Faines, Pittsburgh, for Eichleay Corp.

Arthur H. Stroyd, Jack B. Corbetto, Pittsburgh, for Wheeling-Nisshin, Inc.

Lee C. Davis, Michael C. Castellon, Atlanta, GA, Robert L. Byer, Brian S. Rudick, Pittsburgh, for JWP/HYRE.

Christopher R. Opalinski, Jarrell D. Wright, Pittsburgh, LeRoy S. Zimmerman, Harrisburg, for Sylvan Indus. Piping.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

**AND NOW,** this 17th day of January, 2001, the appeal is dismissed as having been improvidently granted. The Motion

to Dismiss Pursuant to Pa.R.A.P.1972(5) is hereby DENIED.

■

## SYLVAN INDUSTRIAL PIPING, INC.

v.

## EICHLEAY CORPORATION, a Delaware Corporation and Wheeling-Nisshin Steel Corp.

### Appeal of Eichleay Corporation, a Delaware Corporation.

Supreme Court of Pennsylvania.

Argued March 7, 2000.

Decided Jan. 17, 2001.

David E. White, George P. Faines, Pittsburgh, for Eichleay Corp.

Arthur H. Stroyd, Jack B. Corbetto, Pittsburgh, for Wheeling-Nisshin, Inc.

Lee C. Davis, Michael C. Castellon, Atlanta, GA, Robert L. Byer, Brian S. Rudick, Pitsburgh, for JWP/HYRE.

Christopher R. Opalinski, Jarrell D. Wright, Pittsburgh, LeRoy S. Zimmerman, Harrisburg, for Sylvan Indus. Piping.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

AND NOW, this 17th day of January, 2001, the appeal is dismissed as having been improvidently granted. The Motion to Dismiss Pursuant to Pa.R.A.P.1972(5) is hereby DENIED.

■

## JWP/HYRE ELECTRIC COMPANY OF INDIANA, INC., an Indiana Corporation

v.

## EICHLEAY CORPORATION, a Delaware Corporation

v.

## Wheeling–Nisshin, Inc., a Delaware Corporation.

### Appeal of Eichleay Corporation, a Delaware Corporation.

Supreme Court of Pennsylvania.

Argued March 7, 2000.

Decided Jan. 17, 2001.

David E. White, George P. Faines, Pittsburgh, for Eichleay Corp.

Arthur H. Stroyd, Jack B. Cobetto, Pittsburgh, for Wheeling-Nisshin, Inc.

Lee C. Davis, Michael C. Castellon, Atlanta, GA, Robert L. Byer, Brian S. Rudick, Pittsburgh, for JWP/HYRE.